## PLAINTIFF CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS



Ex. A

GARY BOLAND, ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

1.  Plaintiff has reviewed the Complaint and retains Scott + Scott, LLC and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2.  Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel, or in order to participate in any private action.

3.  Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.  Plaintiff's transaction(s) in the **XM Satellite Radio Holdings ("XMSR")** security that is the subject of this action during the Class Period is/are as follows:

| No of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| 500 | Buy | 12/29/05 | 28.02 |
| 250 | Buy | 2/9/06 | 26.12 |

5.  During the three years prior to the date of this Certification, Plaintiff has never served, nor sought to serve, as a class representative in a federal securities fraud case.

6.  Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May, 2006, at Austin, Texas (city, state).

Your Printed Name: GARY BOLAND

Signature: [signed]

Mailing Address: 4500 STEINER RANCH BLVD
APT 3221
AUSTIN, TX 78732

Telephone number: _____

E-mail address: _____

**REDACTED**

06 0889

**FILED**

MAY 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT