IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY BOLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,<br><br>   Defendants. | **APPEARANCE**<br>Civ. A. No. 1:06-cv-00889-ESH |

To the Clerk of this Court and all parties of record:

Please enter the appearance of **CHRISTOPHER J. HERRLING** as counsel in this case for: XM Satellite Radio Holdings, Inc. and Hugh Panero.

| | |
|---|---|
| June 5, 2006 | /s/ Christopher J. Herrling |
| Date | Signature |
| | |
| D.C. Bar No. 354837 | Christopher J. Herrling |
| BAR IDENTIFICATION | Print Name |

                WILMER CUTLER PICKERING
                HALE AND DORR LLP
                1875 Pennsylvania Avenue NW
                Washington, DC 20006
                Tel: (202) 663-6000

US1DOCS 5689930v1

## CERTIFICATE OF SERVICE

  I hereby certify that I have served the foregoing APPEARANCE by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 5, 2006 to:

>Burton John Fishman, Esq.
>FORTNEY & SCOTT
>1750 K Street NW
>Suite 325
>Washington, DC 20006
>Tel: (202) 689-1200
>bfishman@fortneyscott.com
>
>**Counsel for Plaintiff Gary Boland**

>/s/ Lisa Gasparott_____
>Lisa Gasparott
>WILMER CUTLER PICKERING
> HALE AND DORR LLP
>1875 Pennsylvania Avenue NW
>Washington, DC 20037
>Tel: (202) 663-6000
>Fax: (202) 663-6363