**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GARY BOLAND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>XM SATELLITE RADIO HOLDINGS, INC. and HUGH PANERO,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1**<br><br>Civ. A. No. 1:06-cv-00889-ESH |

  Certificate required by Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

    I, the undersigned, counsel of record for XM Satellite Radio Holdings, Inc. ("XM"), certify that to the best of my knowledge and belief, XM has no parent companies or subsidiaries that have any outstanding equity securities in the hands of the public. XM Satellite Radio Inc., a wholly owned subsidiary of XM, has outstanding debt securities in the hands of the public. General Motors Corporation is an XM affiliate that has outstanding securities in the hands of the public. American Honda Motor Co., Inc. is an XM affiliate and indirectly publicly held corporation that owns in excess of 10 percent of XM's stock.

  These representations are made in order that judges of this court may determine the need for recusal.

          Respectfully submitted,

Dated: June 6, 2006          WILMER CUTLER PICKERING HALE AND DORR LLP

          <u>/s/ Charles E. Davidow</u>
          Charles E. Davidow, D.C. Bar No. 331702
          Christopher J. Herrling, D.C. Bar No. 354847
          John A. Valentine, D.C. Bar No. 473072
          Michael A. Mugmon, D.C. Bar No. 485150
          1875 Pennsylvania Avenue NW
          Washington, DC 20006
          Tel: (202) 663-6000
          Fax: (202) 663-6363

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing CORPORATE DISCLOSURE CERTIFICATE PURSUANT TO FED. R. CIV. P. 7.1 & LCvR 7.1 by e-mail and by placing a copy of the same in the U.S. mail system, postage prepaid, on June 6, 2006 to:

>Burton John Fishman, Esq.
>FORTNEY & SCOTT
>1750 K Street NW
>Suite 325
>Washington, DC 20006
>Tel: (202) 689-1200
>bfishman@fortneyscott.com
>
>**Counsel for Plaintiff Gary Boland**

>/s/ Lisa Gasparott_____
>Lisa Gasparott
>WILMER CUTLER PICKERING
>  HALE AND DORR LLP
>1875 Pennsylvania Avenue NW
>Washington, DC 20037
>Tel: (202) 663-6000
>Fax: (202) 663-6363